**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ROSE BERNADINE ESKANDARI, | ) | Case No. 16-14261-BFK |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | | |
| MARY J. DOWD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Adversary Proceeding |
| | ) | No. 18-01023-BFK |
| RYAN ESKANDARI, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| AUTO FINANCE CENTER A/K//A, | ) | |
| AUTO FINANCE CENTER OF | ) | |
| MANASAS, LLC, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| CARLOS R. LAZO, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| OSCAR A LAZO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SETTING TRIAL**

On February 4, 2019, the Court held a hearing on the Final Pre-Trial Conference on the Amended Complaint filed by the Plaintiff. Docket No. 3. Defendant Ryan Eskandari filed an Answer. Docket No. 11. Prior to the Final Pre-Trial Conference, the Court entered a Report and Recommendation, which recommended that the Plaintiff's Motion for Default Judgment be granted and that a final money judgment be entered against Defendants Carlos R. Lazo and Oscar A. Lazo. Docket No. 43. On January 17, 2019, the District Court adopted this Court's

Report and Recommendation and entered Default Judgment as to Defendants Carlos and Oscar Lazo. Docket Nos. 47, 55.

At the Final Pre-Trial Conference, Nadia Abdulhamid Patel, Esquire, counsel for the Plaintiff, and Jeffrey M. Sherman, counsel for Defendant Ryan Eskandari, were present in person. Exhibits and witness lists have previously been submitted to the Court by the parties. For the reasons stated on the record, it is

**ORDERED:**

1. A two day trial shall be held on **Thursday, April 11, 2019 at 9:30 a.m. and Friday, April 12, 2019 at 9:30 a.m.**

2. The trial will be a combined trial of the present adversary proceeding and the adversary proceeding of *Dowd v. Velasquez, et al*. Case No. 18-01029-BFK.

3. Objections to Exhibits, if any, must be filed by 5 p.m. on Monday, March 4, 2019, otherwise the Exhibits will stand as admitted into evidence.

4. The Clerk will mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Feb 12 2019

Alexandria, Virginia

/s/ Brian F. Kenney
Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: Feb 13 2019

Copies to:

Nadia A. Patel, Esquire
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
*Counsel for the Plaintiff*

Jackson David Toof
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006
*Counsel for the Plaintiff*

2

Jeffrey M. Sherman
Law Offices of Jeffrey M. Sherman
1600 N. Oak Street
Suite 1826
Arlington, VA 22209
*Counsel for the Defendant Ryan Eskandari*

Carlos R. Lazo
9150 Prince William Street
Manassas, VA 20110
*Pro Se Defendant*

Oscar A. Lazo
13305 Huntington Lane
Woodbridge, VA 22193
 *Pro Se Defendant*

Auto Finance Center a/k/a Auto Finance Center of Manassas, LLC
Ahmad Atashi, Registered Agent
8360 Greensboro Drive, #510
McLean, VA 22102
*Pro Se Defendant*